*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★       ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00157-CR

Roman Lee **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR11690
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence in the underlying cause on April 16, 2009. A timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than July 15, 2009. *See* Tex. R. App. P. 26.2. Appellant's notice of appeal was not filed with the trial court clerk until January 25, 2010. This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-

of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure); *Apt v. State*, No. 04-03-00885-CR, 2004 WL 730832, at *1 (Tex. App.—San Antonio Apr. 7, 2004, no pet.) (unlike rule in civil cases, notice of appeal filed with appellate court in criminal case is not deemed filed the same day with the trial court clerk) (not designated for publication). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH